IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRIENDS OF CONCORD CREEK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SPRINGHILL FARM WASTEWATER TREATMENT FACILITY ASSOCIATION | : | NO. 02-2742 |

**O R D E R**

AND NOW, this 2nd day of December, 2002, it is Ordered that Oral Argument on Defendant Springhill Farm Wastewater Treatment Facility Association's Motion for Dismissal of the Complaint is scheduled on January 10, 2002 at 2:00 p.m., United States District Court, 601 Market Street, Philadelphia, PA 19106, Courtroom 17-B.

ATTEST:                                         or    BY THE COURT

BY:_____            _____
Carol D. James, Deputy Clerk                    MARY A. McLAUGHLIN,  J.

mailed from chambers 12/2/02:
    J. Robert Stoltzfus, Esq.
    James M. Stuhltrager, Esq.

Civ 12 (9/83)