IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRIENDS OF CONCORD CREEK | : | CIVIL ACTION |
| v. | : | |
| SPRINGHILL FARM WASTEWATER TREATMENT FACILITY ASSOCIATION | : | NO. 02-2742 |

**O R D E R**

AND NOW, this 10th day of January, 2003, it is Ordered that Oral Argument in the above captioned case has been RESCHEDULED to Wednesday, January 22, 2003 at 11:00 a.m., Courtroom 17-B.


ATTEST:                             or    BY THE COURT


BY:_____         _____
   Carol D. James, Deputy Clerk          MARY A. McLAUGHLIN,  J.


faxed from chambers 1/10/03:
            James Stuhltrager, Esq.
            Lyman Welsh, Esq.
            Jim May, Esq.
            J. Robert Stoltzfus, Esq.


Civ 12 (9/83)