IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRIENDS OF CONCORD CREEK | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 02-2742 |
| | : | |
| SPRINGHILL FARM WASTEWATER TREATMENT FACILITY ASSOCIATION | : | |

**ORDER**

**AND NOW,** this 27th day of March, 2003, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ]  -  Order staying these proceedings pending disposition of a related action.

[ ]  -  Order staying these proceedings pending determination of arbitration proceedings.

[ ]  -  Interlocutory appeal filed

[X]  -  Other:<u>Due to pending settlement conferences over the next 120 days. The parties shall complete discovery as instructed by the Court during the March 26, 2003 status conference, however, to facilitate settlement talks.</u>

it is
**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
MARY A. MCLAUGHLIN , J.

Civ. 13 (8/80)